THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | 3:21-CR-267 |
| | : | (JUDGE MARIANI) |
| DAVID DASILVA, | : | |
| | : | |
| Defendant. | : | |

**ORDER**

AND NOW, THIS 23rd DAY OF NOVEMBER, 2022, for the reasons set forth in this Court's accompanying memorandum opinion, **IT IS HEREBY ORDERED THAT** Defendant DaSilva's Motion to Dismiss Indictment (Doc. 45) is **DENIED**.

Robert D. Mariani
United States District Judge